**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRANDON MARCUS HALL,<br><br>         Plaintiff,<br><br>    v.<br><br>UPLAND POLICE DEPT., et al.,<br><br>         Defendants. | Case No. 5:25-cv-03535-AB (E)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge ("Report").  Further, the Court has engaged in a *de novo* review of those portions of the Report to which any objections have been made.

The Report recommends the dismissal of the Complaint, which Plaintiff elected not to amend, and the dismissal of this action with prejudice.  (Dkt. No. 9.) Plaintiff's objections to the Report do not merit a different outcome.

Plaintiff objects to the qualifications of the Magistrate Judge and District Judge, "based on all the papers filed in this action."  (Dkt. No. 10 at 1.)  But a litigant's dissatisfaction with rulings during an action do not warrant recusal for bias or partiality.  *See Liteky v. United States*, 510 U.S. 540, 555 (1994); *see also*

*United States v. Nelson*, 718 F.2d 315, 321 (9th Cir. 1983) ("Adverse rulings do not constitute the requisite bias, even if they were erroneous.")  "The alleged prejudice must result from an extrajudicial source; a judge's prior adverse ruling is not sufficient cause for recusal." *United States v. Studley*, 783 F.2d 934, 939 (9th Cir. 1986) (citing *Mayes v. Leipziger*, 729, F.2d 605, 607 (9th Cir. 1984)).  Plaintiff has not suggested any extrajudicial source of bias or partiality.

Plaintiff objects to the Magistrate Judge "suggesting" what should be done in this case.  (Dkt. No. 10 at 2.)  The Magistrate Judge issued a Report in accordance with the Federal Magistrates Act, which permits the referral of this matter to the Magistrate Judge for proposed findings and recommendations.  *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1118 and n.4 (9th Cir. 2003) (citing 28 U.S.C. § 636(b)(1)(B)).

Plaintiff objects that he did not consent to the jurisdiction of the Magistrate Judge.  (Dkt. No. 10 at 2.)  But Plaintiff's "consent was not required for the magistrate judge to issue a non-dispositive report and recommendation." *Shao v. Roberts*, 2024 WL 1461953, at *1 (9th Cir. 2024).

Plaintiff objects that this action was filed in the Central District's Eastern Division in Riverside, not the Western Division in Los Angeles.  (Dkt. No. 10 at 3.)  The assignment of this case to the Western Division was permitted by General Order 19-03, which sets an assignment system "carefully constructed to assign matters to each division based on maximum caseloads that take into account the number of cases filed in the Central District and how many district court judges are available to hear those cases in each division." *J.G. v. Los Angeles Unified School District*, 2020 WL 2121429, at *2 (C.D. Cal. Mar. 2, 2020).

The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment shall be entered dismissing the action with prejudice.

IT IS FURTHER ORDERED that the Clerk serve forthwith copies of this Order and the Judgment of this date on Plaintiff.

DATED: May 5, 2026

_____
HON. ANDRÉ BIROTTE, JR.
UNITED STATES DISTRICT JUDGE