JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON MARCUS HALL,<br><br>        Plaintiff,<br><br>    v.<br><br>UPLAND POLICE DEPT., ET AL.,<br><br>        Defendants. | No. ED CV 25-3535-AB(E)<br><br>JUDGMENT |

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated:  May 5, 2026

_____
  HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE